IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SANTIAGO IBARRA TORRES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | 1 05CV539 |
| ) | |
| RANDALL LEE, Warden, ) | |
| ) | |
| Respondent ) | |

## J-U-D-G-M-E-N-T

On June 16, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U S C § 636(b) No objections were received by the court within the time prescribed by the statute

The court hereby adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Petitioner filing a new petition

UNITED STATES DISTRICT JUDGE

DATE August 9, 2005